THEODORE DUDAR, Respondent, v. MILEF REALTY CORPORATION and J. HARRY McNALLY, INC., Appellants. MILEF REALTY CORPORATION, Appellant, v. J. HARRY McNALLY, INC., Respondent, and PIETROWSKI & KONOP COMPANY, INC., Defendant.— Judgment entered May 27, 1930, affirmed, with costs to plaintiff, respondent, against defendants, appellants. Judgment entered December 26, 1930, affirmed, with costs to defendant, respondent, J. Harry McNally,

Inc., against defendant, appellant, Milef Realty Corporation. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.